ACCEPTED
01-15-00272-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 5:20:01 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00272-CR

IN THE

COURT OF APPEALS

FOR THE

FIRST JUDICIAL DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 5:20:01 PM
CHRISTOPHER A. PRINE
Clerk

---

HUGO ADOLFO ALANIS, Appellant

VS.

THE STATE OF TEXAS, Appellee

---

MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, HUGO ADOLFO ALANIS, Appellant in the above-entitled and numbered cause, and by and through his attorney of record, Scott Ramsey, moves this Honorable Court to extend the time for filing Appellant's Brief, and in support of this motion would show the Court as follows:

I.

Counsel is seeking this extension for two reasons. The first reason has risen because counsel's commitments, including trials and pretrial obligations have prevented the completion of the brief. Difficulties due to a family illness and recent death have further occupied counsel's time and energies.

The second reason is based in part on issues with the transcript in this case, centered around the lack of any transcribed record

concerning the strikes for cause during voir dire and the changing of the court's charge prior to the jury's deliberation on guilt or innocence. The record reflects that the charge was read and then changes were made and the charge was read again. Handwritten changes to the only charge included in the clerk's record clearly reflect a change to the co-defendant's name, but it is not clear if other changes were also made. It is counsel's belief that if a brief extension is granted these concerns may be resolved without a hearing or an abatement of this appeal by consulting with the trial attorneys.

The issues related to the charge have also proved to be more complicated than counsel originally anticipated which requires further time to adequately brief these issues.

For the above reasons counsel requests a brief extension to file Appellant's brief until July 30, 2015. Counsel does not anticipate that any further extensions will be requested.

II.

Counsel for Appellant requests this additional time not for the purpose of delay, but that adequate time and effort might be expended on behalf of Appellant in the preparation of his brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant an extension of time to file Appellant's brief until July 9, 2015, 2015, and for such other and further relief to which he may show himself to be justly entitled.

Respectfully submitted,

SCOTT RAMSEY, ATTORNEY AT LAW

2

*Scott Ramsey*

Scott Ramsey
State Bar No. 16523500
1212 Durham Dr.
Houston, Texas 77007
(713) 520-1620
Fax No. (713) 520-1620
ramseys1@flash.net
ATTORNEY FOR APPELLANT,
HUGO ADOLFO ALANIS

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant's Motion for Extension to File Appellant's Brief, has been forwarded to the Harris County District Attorney, Appellate Division, 1201 Franklin, Suite 600, Houston, Texas 77002, by facsimile, hand delivery, or certified mail, return receipt requested, on July 9th, 2015.

*Scott Ramsey*

Scott Ramsey

# VERIFICATION

THE STATE OF TEXAS    §
                      §
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, on this day personally appeared Scott Ramsey, attorney for Appellant, who being by me first duly sworn, stated upon his oath that he has read the foregoing Motion for Extension of Time to File Appellant's Brief, and the statements contained therein are true and correct to the best of his knowledge and belief.

_____
Scott Ramsey

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, this 9th day of July, 2015.

_____
Notary Public in and for
The State of Texas

CYNTHIA DIANE RODGERS
Notary Public, State of Texas
My Commission Expires
September 30, 2018

4